# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC. a Florida Corporation,<br><br>                     Plaintiff,<br><br>v.<br><br>KINSALE INSURANCE COMPANY, an Arkansas Corporation; and DOES 1 through 10, inclusive ,<br><br>                     Defendants. | Case No.: 3:24-cv-01722-JLS-VET<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE**<br><br>**[Doc. No. 11]** |

Before the Court is the parties' Stipulation and Request to Continue Early Neutral Evaluation Conference and Case Management Conference ("Joint Motion")[1]. Doc. No. 11. Therein, the parties request to continue by forty-five (45) days the Early Neutral Evaluation and Case Management Conference ("ENE/CMC"), currently set for February 5, 2024. Defense counsel has a trial set in January and the parties seek a continuance to ensure counsel has sufficient time to prepare for the ENE. *Id.* at 2. The parties filed the Joint Motion on December 16, 2024, fourteen (14) days after the Court issued the Notice and Order setting the ENE/CMC. *See* Doc. No. 10.

---

[1]  The parties filed the Stipulation and Request as a "Joint Motion" in the CM/ECF system in accordance with Local Civ. R. 7.2.b.

Any request to continue the ENE based on pre-existing conflicts was due within ten days of the Court setting the ENE/CMC, *i.e.*, December 12, 2024. *See id.* at 6. The parties do not specify when defense counsel became aware of the January trial date or why they could not otherwise comply with the ten-day deadline. Setting aside this oversight, the Court agrees that a continuance is appropriate so Defendant can adequately prepare for the ENE. Therefore, based on a review of the Joint Motion and the record, and good cause appearing, the Court **GRANTS** the Joint Motion. The Court **ORDERS** the following:

1. The dates and deadlines set forth in the Court's Notice and Order Setting the ENE/CMC, dated December 2, 2024, are hereby **VACATED**. *See* Doc. No. 10.

2. Counsel and party representatives must appear for an Early Neutral Evaluation Conference ("ENE") on **March 12, 2025** at **9:30 a.m.** before Magistrate Judge Valerie E. Torres.

3. No later than **March 5, 2025**, each party must *lodge a confidential ENE Statement* by e-mail to the Court at efile_torres@casd.uscourts.gov.

4. Counsel must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **February 19, 2025**.

5. Initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1)(A-D), must occur on or before **March 5, 2025**.

6. A Joint Discovery Plan must be filed on the CM/ECF system no later than **March 5, 2025**.

7. All other requirements and guidance set forth in the Court's Notice and Order Setting the ENE/CMC, dated December 2, 2024, remain in effect. *See* Doc. No. 10.

**IT IS SO ORDERED.**

Dated:  January 3, 2025

_____
Hon. Valerie E. Torres
United States Magistrate Judge